Doug James (#2237)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P.O. Box 2559
Billings, Montana 59103-2559
Telephone (406) 248-7731
Direct (406) 238-1565
Fax (406) 248-7889
Doug.James@MoultonBellingham.com

Attorneys for Lehman Commercial Paper Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE<br><br>MOONLIGHT BASIN RANCH L.P.,<br><br>Debtor. | Case No. 09-62327<br>(Chapter 11) |
| IN RE<br><br>LONE MOUNTAIN FOOD & BEVERAGE, LLC,<br><br>Debtor. | Case No. 09-62328 |
| IN RE<br><br>MOONLIGHT LODGE, LLC,<br><br>Debtor. | Case No. 09-62329 |
| IN RE<br><br>MOONLIGHT GOLF, LLC,<br><br>Debtor. | Case No. 09-62330 |
| IN RE<br><br>MOONLIGHT SPA, LLC,<br><br>Debtor. | Case No. 09-62331 |

| | |
|---|---|
| IN RE | Case No. 09-62332 |
| MOONLIGHT BASIN, LLC, | |
| Debtor. | |
| IN RE | |
| MOONLIGHT BASIN MEZZ, LLC, | Case No. 09-62334 |
| Debtor. | |

## LEHMAN COMMERCIAL PAPER INC.'S WITNESS AND EXHIBIT LIST

Lehman Commercial Paper Inc. ("Lehman") intends to call the following witnesses and introduce the following exhibits at the hearings scheduled for Tuesday, November 24, 2009 at 9:00 a.m. in Butte, Montana:

**WITNESSES:**

1. Christopher Donaldson; and
2. Any witness listed by Debtors

**EXHIBITS:**

A. Christopher Donaldson Appraisal Report;
B. Lehman Term Sheet; and
C. Credit Agreement

DATED this 23rd day of November, 2009.

MOULTON BELLINGHAM PC

By /s/ Doug James

|    |                                          |
|----|------------------------------------------|
| 1  | Attorneys for Lehman Commercial Paper Inc. |
| 2  |                                          |
| 3  |                                          |
| 4  |                                          |
| 5  |                                          |
| 6  |                                          |
| 7  |                                          |
| 8  |                                          |
| 9  |                                          |
| 10 |                                          |
| 11 |                                          |
| 12 |                                          |
| 13 |                                          |
| 14 |                                          |
| 15 |                                          |
| 16 |                                          |
| 17 |                                          |
| 18 |                                          |
| 19 |                                          |
| 20 |                                          |
| 21 |                                          |
| 22 |                                          |
| 23 |                                          |
| 24 |                                          |
| 25 |                                          |

# Exhibit "A"

# Christopher Donaldson

# Appraisal Report