1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE | Case No.09-62327<br>(Chapter 11) |
| MOONLIGHT BASIN RANCH L.P., | |
| Debtor. | Which case is Jointly Administered with: |
| IN RE | Case No. 09-62328 |
| LONE MOUNTAIN FOOD & BEVERAGE, LLC, | |
| Debtor. | |
| IN RE | Case No. 09-62329 |
| MOONLIGHT LODGE, LLC, | |
| Debtor. | |
| IN RE | Case No. 09-62330 |
| MOONLIGHT GOLF, LLC, | |
| Debtor. | |
| IN RE | Case No. 09-62331 |
| MOONLIGHT SPA, LLC, | |
| Debtor. | |
| IN RE | Case No. 09-62332 |
| MOONLIGHT BASIN, LLC, | |
| Debtor. | |
| IN RE | Case No. 09-62370 |
| MOUNTAIN TOP CONSTRUCTION COMPANY LLC, | |
| Debtor. | |

IN RE                                              Case No. 090-62368

TREELINE SPRINGS, LLC,

                                    Debtor.

### LEHMAN COMMERCIAL PAPER INC.'S

### EXHIBIT LIST

Lehman Commercial Paper offers the following exhibits for the hearing scheduled for Monday, December 7, 2009, at 9:00 A.M.:

### EXHIBITS

A.    Christopher Donaldson Appraisal Report

B.    Extension Agreement dated June 5, 2008

C.    Amendment to Advisory Letter dated June 5, 2008

D.    Forbearance Agreement dated June 19, 2009

E.    Greenburg Traurig letter dated September, 2007

F.    Brouse McDowell letter dated September 7, 2007

G.    Holland & Hart letter dated September 5, 2007

H.    Closing statement

I.    Protective Advance letter dated November 13, 2009

J.    Protective advance letter dated November 18, 2009

K.    Protective Advance Letters

L.    Lee Poole Purchase Offer dated January 13, 2009

M.    Revised Purchase Offer dated May 27, 2009

N.    Revised Lehman Term Sheet

Dated this 2nd day of December, 2009

                                    MOULTON BELLINGHAM PC

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By /s/   *DOUG JAMES*
DOUG JAMES

MOULTON BELLINGHAM PC