James A. Patten (I.D. No. 1191)
Craig D. Martinson (I.D. No. 953)
Juliann E. Lore (I.D. No. 9786)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
(406) 252-8500
(406) 294-9500 – Facsimile
E-mail:apatten@ppbglaw.com
      cmartinson@ppbglaw.com
      jlore@ppbglaw.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>MOONLIGHT BASIN RANCH, LP,<br><br>    Debtor. | Case No. 09-62327-11<br><br>Which case is Jointly Administered with: |
| IN RE:<br><br>LONE MOUNTAIN FOOD & BEVERAGE, LLC,<br><br>    Debtor. | Case No. 09-62328-11 |
| IN RE:<br><br>MOONLIGHT LDOGE, LLC,<br><br>    Debtor. | Case No. 09-62329-11 |
| IN RE:<br><br>MOONLIGHT GOLF, LLC,<br><br>    Debtor. | Case No. 09-62330-11 |
| IN RE:<br><br>MOONLIGHT SPA, LLC,<br><br>    Debtor. | Case No. 09-62331-11 |

| | |
|---|---|
| IN RE:<br><br>MOONLIGHT BASIN, LLC,<br><br>    Debtor. | Case No. 09-62332-11 |
| IN RE:<br><br>MOUNTAIN TOP CONSTRUCTION COMPANY, LLC,<br><br>    Debtor. | Case No. 09-62370-11 |
| IN RE:<br><br>TREELINE SPRINGS, LLC,<br><br>    Debtor. | Case No. 09-62368-11 |

## AMENDED AND RESTATED EXHIBIT LIST

MOONLIGHT BASIN RANCH, LP, et al., Debtors and Debtors-in-possession in the above entitled cases offers the following list of exhibits which amends the Exhibit List and Supplement to Exhibit List each filed on December 3, 2009 [Docket Nos. 78 and 79] for the Hearings schedule for *December 7, 2009 at 9:00 o'clock a.m.*

1. Trilogy Capital Term Sheet;
2. Moonlight Basin Ranch LP 16 week budget and 18 month budget;
3. MacMillan purchase agreement;
4. Montana Real Estate listing agreement;
5. Sellers Closing Statement;
6. Moonlight Basin corporate structure flow chart;
7. Defendants Moonlight Basin Ranch, et al's Answer to First Amended Complaint and Demand for Jury Trial;
8. Affidavit of Russ McElyea;
9. Amended Affidavit of Russ McElyea;
10. Affidavit of Gerrit Cormany;
11. Lehman Brothers Pitch Book dated 4/19/07;
12. Lehman Brothers Pitch Book dated 4/26/07;
13. Lehman Brothers Pitch Book dated 8/15/07;
14. Lehman Brothers Pitch Book dated 9/07;
15. Developer Survey (4th Quarter, 2009);
16. Moonlight Basin Pro Forma dated 11/20/09;
17. Summary Comparison of Appraisals;
18. Affidavit of Russ McElyea dated 12/4/09;
19. Affidavit of Gerrit Cormany dated 12/4/09;

20. Email from R. McElyea to F. Gilhool, D. O'Reilly, and T. Buffa, dated August 30, 2007;
21. Email from R. McElyea to D. O'Reilly dated August 8, 2007;
22. Letter from R. McElyea to D. O'Reilly, dated August 13, 2007;
23. Email from L. Kagan to R. McElyea, dated September 6, 2007;
24. September 7, 2007 Loan Closing Statement;
25. Letter from L. Poole to F. Gilhool, D. O'Reilly and T. Buffa, dated August 1, 2008;
26. Letter from F. Gilhool and S. Hash to L. Poole, dated August 11, 2008;
27. Email from T. Buffa to G. Cormany, dated February 26, 2009;
28. Email from B. Barry to G. Cormany and R. McElyea, dated May 28, 2009;
29. Email from B. Barry to R. McElyea and T. Buffa, dated June 1, 2009;
30. Email from J. Nastasi to R. McElyea, dated June 19, 2009;
31. Email from B. Barry to G. Cormany, R. McElyea and L. Poole, dated June 30, 2009;

A.D.3d 216, 218, 812 N.Y.S.2d 8 (2006) (citations omitted). However, under the circumstances present here, Lehman's threat to foreclose was not the "exercise of a legal right" because Lehman committed fraud and other wrongful acts, including Lehman's breach of their promise