B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### District of Montana

In re MOONLIGHT BASIN RANCH LP          ,          Case No.  09-62327

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Commercial Paper Inc. | Saddle Ridge Townhouse Owners Assn |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Doug James, Moulton Bellingham PC
  PO Box 2559, Billings, MT 59103-2559

Court Claim # (if known): ___121-1___
Amount of Claim:  __$2,407,000.00__
Date Claim Filed:  ___05/26/2010___

Phone:  406-248-7731
Last Four Digits of Acct #: _____

Phone: 406-543-6646
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Doug James          Date:  08/30/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.